AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Robinson, James J. | **2. Court or Organization**<br><br>U.S. Bankruptcy Ct. N. D. AL | **3. Date of Report**<br><br>05/12/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse - Room 117<br>1129 Noble Street<br>Anniston, AL 36201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Development Committee member | Rainbow Omega, Inc. (home for adults with developmental disabilities) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1974 | Burr & Forman LLP Profit Sharing/Keogh Plan (former law firm-no control) |
| 2. | 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Burr & Forman LLC - retired partner's annuity | $27,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Southern Company-retirement/pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cumberland School of Law | 10/04/2013 | Birmingham, AL | Speak at CLE seminar | seminar fee and lunch |
| 2. | AL. State Bar - Commercial Law Section | 06/21/2013 - 06/22/2013 | Sand Destin, FL | Speaker at CLE seminar | seminar fee, lodging, meals and mileage |
| 3. | U. Ala. School of Law | 11/15/2013 | Birmingham, AL | Speaker at CLE seminar | seminar fee, lodging, meals and mileage |
| 4. | 11th Judicial Circuit Conference | 05/01/2013 - 05/04/2013 | Savannah, GA | Judges' conference | lodging, meals and mileage |
| 5. | Admin Ofc of Courts | 08/11/2013 - 08/14/2013 | San Diego, CA | Judges' workshop | airfare, lodging and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank USA, N.A. | Credit Card (VISA) | J |
| 2. | Merrill Lynch (Bank of America-FIA Card Services NA) | Credit Card (VISA) | J |
| 3. | Merrill Lynch (American Express) | Credit Card (American Express) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  shares common stock Southern Co. | A | Dividend | J | T | Buy (add'l) | 2013 | J | | 13 shrs add'l div reinvest |
| 2.  shares Goldman Sachs Str US Equity Class A mutual fund | | None | J | T | | | | | |
| 3. WinSouth CU fka Community CU (deposit account) | A | Interest | J | T | | | | | |
| 4. Wells Fargo deposit accounts | A | Interest | K | T | | | | | |
| 5. Unimproved real estate lot-St. Simons Is., Georgia | | None | J | W | | | | | |
| 6. Protective Life, formerly Manufacturers Life policies (2) | A | Int./Div. | J | T | | | | | |
| 7. Mass Mutual Life- American Century Value mutual fund | | None | K | T | | | | | |
| 8. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 9.  shares American Capital World Growth Income Fund | B | Dividend | L | T | Buy (add'l) | 2013 | J | | 37 shrs add'l div reinvest |
| 10.  shares American Growth Fund Class A | A | Dividend | L | T | Buy (add'l) | 2013 | J | | 120 shr add'l div reinvest |
| 11. Merrill Lynch Ready Assets Money Fund | A | Dividend | J | T | | | | | |
| 12. Federal Home Loan Mortgage Bond 4.5% | A | Interest | | | Redeemed | 01/13/13 | K | A | |
| 13. Federal Home Loan Mortgage Bond 6.125% | B | Interest | | | Redeemed | 01/13/13 | K | A | |
| 14. American Legacy III annuity | | None | L | T | | | | | |
| 15. BIF Tax Exempt Money Fund | A | Dividend | J | T | | | | | |
| 16. Federal Home Loan Mortgage Bond 4.5% | C | Interest | M | T | | | | | |
| 17.  Shares Common Stock Proassurance Corp. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▩ Shares American New Perspective Class A Mut. Fund | B | Dividend | M | T | Buy (add'l) | 2013 | M | | 4623 add'l shares |
| 19. ▩ Shares Blackrock Small Cap Indext Fund Class A | A | Dividend | J | T | | | | | |
| 20. FIA Card Servs Money Fund | A | Dividend | J | T | | | | | |
| 21. ▩ Shares American Capital World Income Class A Mut. Fund | C | Dividend | M | T | Buy (add'l) | 2013 | L | | 1446 add'l shrs |
| 22. ▩ American Capital Income Builder Class A Mut. Fund | C | Dividend | M | T | Buy (add'l) | 2013 | M | | 1922 add'l shrs |
| 23. ▩ American Growth Fund of America Class A Mut. Fund | B | Dividend | N | T | Buy (add'l) | 2013 | M | | 4249 add'l shrs |
| 24. ▩ Shares American Fundamental Investors Fund | A | Dividend | L | T | Buy (add'l) | 2013 | J | | 46 shrs add'l div reinvest |
| 25. ▩ Shares American New Perspective Fund | A | Dividend | L | T | Buy (add'l) | 2013 | J | | 105 shr add'l div reinvest |
| 26. ▩ Shares American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 2013 | J | | 18 shrs add'l div reinvest |
| 27. ▩ Shares American Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 2013 | J | | 61 shrs add'l div reinvest |
| 28. ▩ American Intr. Bond Fund Class A | B | Dividend | | | Sold | 2013 | N | D | see Part VIII |
| 29. ▩ shrs Kraft Foods | A | Dividend | K | T | | | | | |
| 30. NobleBank & Trust deposit account | A | Interest | K | T | | | | | |
| 31. ▩ shares MetLife, Inc. | A | Dividend | J | T | | | | | |
| 32. ▩ shares National Grid PLC SP ADR | B | Dividend | K | T | | | | | |
| 33. ▩ shares Pfizer common | B | Dividend | L | T | | | | | |
| 34. ▩ shares Waste Management common | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▮ shares American Income Fund of America | C | Dividend | M | T | Buy (add'l) | 2013 | M | | 5473 add'l shares |
| 36. ▮ shares Goldman Sachs Group Inc. preferred | B | Dividend | K | T | | | | | |
| 37. ▮ shares Centurylink common | B | Dividend | K | T | | | | | |
| 38. ▮ shares Chevron Corp common | B | Dividend | L | T | | | | | |
| 39. ▮ shares Coca Cola common | B | Dividend | L | T | | | | | |
| 40. ▮ shares DuPont EI de Nemours common | B | Dividend | K | T | | | | | |
| 41. ▮ shares Genuine Parts common | A | Dividend | L | T | | | | | |
| 42. ▮ shares Kimberly Clark common | B | Dividend | L | T | | | | | |
| 43. ▮ shares McDonalds Corp common | B | Dividend | K | T | | | | | |
| 44. ▮ shares Microsoft Corp common | B | Dividend | L | T | | | | | |
| 45. ▮ shares Duke Energy common | B | Dividend | K | T | | | | | |
| 46. ▮ shares Mondelez Int'l common | A | Dividend | K | T | Buy (add'l) | 2013 | J | | 25 shrs add'l div reinvest |
| 47. ▮ shares Apple, Inc. common | A | Dividend | J | T | | | | | |
| 48. BaR1NA RASP (money fund) | A | Dividend | | | Closed | 11/01/13 | K | | closed account |
| 49. Retirement Reserves (money fund) | A | Dividend | J | T | | | | | |
| 50. ▮ shares Columbia Acorn Fund Class C | A | Dividend | M | T | Buy | 2013 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 28:  American Intr.Bond Fund Class A.  During 2013 I acquired an addition▮▮▮ shares through dividend and reinvestment in the fund, increasing my total shares to ▮▮▮▮▮ .   All shares in this investment were sold at various times during 2013.
At the end of 2013 I held no shares in this fund.

Part VII: The notation "__ shrs add'l div reinvest" appearing several times in column (5) of part D indicates that the particular mutual fund or stock paid a dividend that was reinvested to purchase the number of additional shares stated.  Dividends were declared from time to time during 2013, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544